FILED

MAR 2 3 2006

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Duane McKinney
266 Harry S Truman Drive
Largo, MD 20774
(202) 438-8741
      Plaintiff(s)

      vs.        **CIV**

United States Internal Revenue Service, ETAC
1111 Constitution Ave., NW Rm 3241
Washington, DC 20224
      Defendant(s)

CASE NUMBER   1:06CV00553

JUDGE: Reggie B. Walton

DECK TYPE: Civil Rights (non-employme:

DATE STAMP: 03/23/2006

## COMPLAINT

## RETURN SEIZED PROPERTY BY THE INTERANAL REVENUE SERVICE

    1. Said Duane McKinney,  is the owner of property seized ($13,982.23 in

US Currency) by the Internal Revenue Service at Bank of America on July 22, 2005.

    2. All paperwork was filed and no response was ever returned to

Duane McKinney or his Attorney.

    3. Now said, Duane McKinney comes before this court seeking relief.

    4. The said Duane McKinney is not accused of any crime and in particular no

crimes or class of crimes mentioned in the information and or notice of forfeiture filed by

the District of Columbia herein that is or maybe associated in anyway with the

United States currency or the motor vehicle seized as above described

    5. The information and notice set forth no more than the text of the forfeiture

and contain no facts in support of the conclusion stated in the information and notice

of forfeiture.

1

6. The currency and vehicle described is derived from and used in association with lawful bussiness activity as evidenced by the attached bank statements, construction contracts, construction permits, corporate documents and real estate settlement documents.

7. The said Duane McKinney has never been convicted of any criminal offense(s) or activity of any type mentioned in the information or notice of forfeiture.

WHEREFORE the premises considered, the said

Duane McKinney moves the court for entry of an order directing that the above-described currency and motor vehicle be forwith returned to his possession and that the District of Columbia pay for any storage fees or propety damage to the motor vehicle above described.

Duane McKinney
266 Harry S Truman Drive
Largo, MD 20774

# GOVERNMENT OF THE DISTRICT OF COLUMBIA

DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS



★ ★ ★

# CERTIFICATE

**THIS IS TO CERTIFY** that there were received and accepted for record in the Department of Consumer and Regulatory Affairs, Corporations Division, on the **31st** day of **March , 1995** *Articles of Incorporation of:*

**BROTHERHOOD OF MEN, INC. (THE)**

The above named corporation is duly incorporated and existing pursuant to and by virtue of the Nonprofit Corporation Act of the District of Columbia and authorized to **conduct its affairs** in the District of Columbia as of the date mentioned above.

**WE FURTHER CERTIFY** that the above entitled corporation is at the time of issuance of this certificate in **Good Standing** , according to the records of the Corporations Division, having filed all reports required by the District of Columbia Nonprofit Corporation Act.

**IN TESTIMONY WHEREOF I** have hereunto set my hand and caused the seal of this office to be affixed this **8th** day of **July , 2005** .

Patrick J. Canavan, Psy. D.
Director

John T. Drann
Administrator
Business and Professional Licensing Administration

*Patricia E. Gray*
Patricia E. Grays
Superintendent of Corporations
Corporations Division

**FILED**

Anthony A. Williams
Mayor

06 0553

MAR 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Exhibit 1

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS   951114
BUSINESS REGULATION ADMINISTRATION



# CERTIFICATE

THIS IS TO CERTIFY that all applicable provisions of the DISTRICT OF COLUMBIA NONPROFIT CORPORATION ACT have been complied with and accordingly, this CERTIFICATE of INCORPORATION is hereby issued to

THE BROTHERHOOD OF MEN, INC.

as of MARCH 31ST , 1995 .

Hampton Cross
Director

06 0553

Katherine A. Williams
Acting Administrator
Business Regulation Administration

William L. Ables, Jr

Act. Asst.    Superintendent of Corporations
Corporations Division

FILED

MAR 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Marion Barry, Jr.
Mayor

Exhibit 2

**THE BROTHER HOOD OF MEN INC.**
266 Harry S. Truman Drive
Largo, MD. 20774

## TRAINING SKILLS FOR YOUTH ONLY

Is providing a great opportunity for all youth from ages 14 to
21yrs. old. This opportunity will teach you skills, discipline, and
responsibility any one that is below 18 must have a written
permission slip from their parent stating that they can participate.
You will be paid stipend a week.

## REGISTRATION IS NOW OPEN

Greenleaf Gardens Extension Resident Council INC. Monday-Friday 10:00-
3:00 location 205 L Street, S.W. Washington, D.C. 20024 Call now contact
person Patricia Patterson President (202) 646-1655

## START DATE AND TIME

Contact Person: Duane McKinney President, founder of
The Brotherhood Of Men INC. June 27, 2005 Monday-Friday 9:00-5:00
different hrs.        (202) 445-7887

Free Breakfast
Free lunch
Transportation will be provided



*06 0553*

**FILED**

MAR 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Exhibit 3 (p. 2 of 2)*

# ARTICLES OF INCORPORATION
of
## THE BROTHERHOOD OF MEN, INC.

F I L E D
MAR 31 1995
BY _____

**TO:    THE DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
CORPORATIONS DIVISION
614 H STREET, NW   WASHINGTON, D.C. 20001**

We, the undersigned natural persons of the age of twenty-one (21) years or more, acting as incorporators of a corporation under the NON PROFIT CORPORATION ACT (D.C. Code, 1981 edition, Title 29, Chapter 5) adopt the following Articles of Incorporation:

### ARTICLE I

The name of the non-profit corporation is: <u>THE BROTHERHOOD OF MEN, INC.</u>

### ARTICLE II

The period of its duration is perpetual.

### ARTICLE III

The purpose(s) for which the non-profit corporation is organized are:

(a)  The Corporation is organized and shall be operated exclusively for charitable purposes, within the meaning of Section 501 (c) (3) of the Internal Revenue Code of 1986, as amended. The Corporation is not organized and shall not be operated for profit;

(b)  No substantial part of the Corporation's activities shall consist of attempting to influence legislation by propaganda or otherwise or participating directly or indirectly in, or intervening in, any political campaign on behalf of or in opposition to any candidate for public office (except as provided in Section 501 (h) of the Internal Revenue Code, or any successor section thereto);

(c)  The Corporation will conduct programs and provide services, benefits and assistance affecting the human health and welfare of young African American males and females in the community. The Corporation will serve as a vehicle through which charitable contributions can be made to support its educational, job-banks, mentoring, and financial grants programs and services to the community. The Corporation shall perform charitable and educational tasks as may be necessary and appropriate to support the foregoing activities;

i

(d)  To apply for, obtain, purchase, or otherwise acquire any patents, copyrights, licenses, trademarks, trade names, rights, processes, formulas, and the like, which are or may seem capable of being used for any purposes of the corporation, and to use, exercise, develop, grant licenses and franchises in respect of, sell, and otherwise turn to account, the same;

(e)  To carry out all or any part of the foregoing objects as principal, factor, agent, contractor, or otherwise, either alone or through or in conjunction with any person, firm, association, or corporation, and in carrying on its purposes and for the purpose of attaining or furthering any of its objectives and purposes, to make and perform any contracts and to do any acts and things, and to exercise any powers suitable, convenient or proper for the accomplishment of any of the objectives and purposes herein enumerated or incidental to the powers herein specified, or which at any time may appear conducive to or expedient for the accomplishment of any such objectives and purposes;

(f)  To carry out all or any part of the aforesaid objectives and purposes, shall, except when otherwise expressed, be in no way limited or restricted by reference to or inference from the terms of any other clause of this or any other article of these articles of incorporation or any amendment thereto, and shall each be regarded as independent, and construed as powers as well as objects and purposes.

(g)  The corporation shall be authorized to exercise and enjoy all of the powers, rights and privileges granted to or conferred upon non-profit corporations of similar character by the District of Columbia now hereinafter in force, and the enumeration of the foregoing powers shall not be deemed to exclude any powers, rights or privileges.

## ARTICLE IV

The Corporation shall have members as set forth in the organization's governing By-Laws. The members of the corporation are herein conferred the right to vote.

## ARTICLE V

The Corporation shall not be divided into classes. The qualifications for membership shall be seth forth in corporate bylaws as same shall be adopted by the Board of Directors.

## ARTICLE VI

The directors of the corporation shall be appointed in accordance with the terms specified in the organization's governing By-Laws.

ii

## ARTICLE VII

Upon dissolution of the corporation, assets shall be distributed for one or more exempt purposes within the meaning of section 501(c)(3) of the Internal Revenue Code, or corresponding section of any future federal tax code, or shall be distributed to the federal government, or to a state or local government for a public purpose.

## ARTICLE VIII

The address, including street and number, of the initial registered office of the corporation is 3501 22nd Street, SE Washington, DC 20020 and the name of the initial registered agent at such address is Ms. Mary E. Beale.

## ARTICLE IX

The number of directors constituting the initial board of directors of the corporation is six and the names and addresses, including street and number, of the persons who are to serve as directors until the first annual meeting of the Board of Directors or until their successors are elected and shall qualify are:

| | NAME | ADDRESS |
|---|---|---|
| 1. | Mr. Duane McKinney | 266 Harry S. Truman Dr., Upper Marlboro, MD 20772 |
| 2. | Mr. Stephon J. Britton | 5624 Whitfield Chapel Rd #301, Lanham, MD 20706 |
| 3. | Mr. Mark Holmes | 266 Harry S. Truman Dr., Upper Marlboro, MD 20772 |
| 4. | Mr. Preston G. Holmes Jr. | 2326 Brightseat Rd. #5, Landover, MD 20785 |
| 5. | Mr. Phil Redman | 5624 Whitfield Chapel Rd, #301, Lanham, MD 20706 |
| 6. | Mr. Larry McKinney | 2326 Brightseat Rd. #5, Landover, MD 20785 |

## ARTICLE X

The name and address, including street and number, of each incorporator is:

| NAME | ADDRESS |
|------|---------|
| 1.   Mr. Duane McKinney | 266 Harry S. Truman Dr.<br>Upper Marlboro, MD  20772 |
| 2    Mr. Stephon J. Britton | 5624 Whitfield Rd.<br>Lanham, MD  20706 |
| 3.   Mr. Mark J. Holmes | 2326 Brightseat Road #5<br>Landover, MD 20785 |

Dated March 31, , 1995

Signatures of Incorporators: *Duane McKinney*

*Stephon Britton*

*Mark Holmes*

SWORN TO AND SUBSCRIBED BEFORE ME THIS 31 DAY OF March , 1995 THE ABOVE LISTED SIGNED THE FOREGOING DOCUMENTS AS INCORPORATORS AND HAVE AVERRED THAT THE STATEMENTS THEREIN CONTAINED ARE TRUE. MY COMMISSION EXPIRES: 9 — 1 — 97 .

SEAL    My Commission Expires September 1, 1997.
        Joe D. Liles Sr.

*Joe D. Liles Sr.* NOTARY PUBLIC

iv



DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
BUSINESS AND PROFESSIONAL LICENSING ADMINISTRATION
CORPORATIONS DIVISION
941 NORTH CAPITOL STREET, N.E.
WASHINGTON, D.C. 20002

Government
of the
District of Columbia

## WRITTEN CONSENT TO ACT AS REGISTERED AGENT

TO:
The Superintendent of Corporations
Department of Consumer and Regulatory Affairs
Business and Professional Licensing Administration,
Corporations Division
941 North Capitol Street, N.E.
Washington, D.C. 20002

**(A) BY A DISTRICT OF COLUMBIA RESIDENT**
PURSUANT TO D.C. CODE TITLE 29, and TITLE 41

I, _Aminata Traore_

A Bona fide Resident of the District of Columbia Herein Consent to Act as a Registered
Agent For: _ALEXDIA, LLC_

Name of Business
SIGNATURE OF REGISTERED AGENT

DATE: _08 05 04_

**(B) BY A LEGALLY AUTHORIZED CORPORATION**
THE CORPORATION HEREIN NAMED IS: _ALEXDIA, LLC_

An Authorized Corporate Registered Agent in the District of Columbia, per Signatures of
its President/Vice-President and Secretary/Assistant Secretary, Herein Consents to Act as
Registered Agent
For: _ALEXDIA, LLC_

NAME OF COMPANY
SIGNATURE: _____ OF PRESIDENT OR VICE-
PRESIDENT
ATTEST: _____ OF SECRETARY OR ASSISTANT
SECRETARY
DATE: _06 05 04_

INTERNAL REVENUE SERVICE
P. O. BOX 2508
CINCINNATI, OH  45201

DEPARTMENT OF THE TREASURY

Date:    NOV 2 2 2002

THE BROTHERHOOD OF MEN INC
C/O MARY E BEALE
3501 22ND ST S E
WASHINGTON, DC  20020

Employer Identification Number:
  52-1920613
DLN:
  17053256002002
Contact Person:
  CASSANDRA L KNOX          ID# 31469
Contact Telephone Number:
  (877) 829-5500
Accounting Period Ending:
  December 31
Foundation Status Classification:
  509(a)(1)
Advance Ruling Period Begins:
  September 10, 2002
Advance Ruling Period Ends:
  December 31, 2006
Addendum Applies:
  No

Dear Applicant:

    Based on information you supplied, and assuming your operations will be as
stated in your application for recognition of exemption, we have determined you
are exempt from federal income tax under section 501(a) of the Internal Revenue
Code as an organization described in section 501(c)(3).

    Accordingly, during an advance ruling period you will be treated as a
publicly supported organization, and not as a private foundation.  This advance
ruling period begins and ends on the dates shown above.

    Within 90 days after the end of your advance ruling period, you must
send us the information needed to determine whether you have met the require-
ments of the applicable support test during the advance ruling period.  If you
establish that you have been a publicly supported organization, we will classi-
fy you as a section 509(a)(1) or 509(a)(2) organization as long as you continue
to meet the requirements of the applicable support test.  If you do not meet
the public support requirements during the advance ruling period, we will
classify you as a private foundation for future periods.  Also, if we classify
you as a private foundation, we will treat you as a private foundation from
your beginning date for purposes of section 507(d) and 4940.

    Grantors and contributors may rely on our determination that you are not a
private foundation until 90 days after the end of your advance ruling period.
If you send us the required information within the 90 days, grantors and
contributors may continue to rely on the advance determination until we make
a final determination of your foundation status.

    If we publish a notice in the Internal Revenue Bulletin stating that we
will no longer treat you as a publicly supported organization, grantors and
contributors may not rely on this determination after the date we publish the

                                                    Letter 1045 (DO/CG)

-2-

THE BROTHERHOOD OF MEN INC

notice. In addition, if you lose your status as a publicly supported organi-
zation, and a grantor or contributor was responsible for, or was aware of, the
act or failure to act, that resulted in your loss of such status, that person
may not rely on this determination from the date of the act or failure to act.
Also, if a grantor or contributor learned that we had given notice that you
would be removed from classification as a publicly supported organization, then
that person may not rely on this determination as of the date he or she
acquired such knowledge.

If you change your sources of support, your purposes, character, or method
of operation, please let us know so we can consider the effect of the change on
your exempt status and foundation status. If you amend your organizational
document or bylaws, please send us a copy of the amended document or bylaws.
Also, let us know all changes in your name or address.

As of January 1, 1984, you are liable for social security taxes under
the Federal Insurance Contributions Act on amounts of $100 or more you pay to
each of your employees during a calendar year. You are not liable for the tax
imposed under the Federal Unemployment Tax Act (FUTA).

Organizations that are not private foundations are not subject to the pri-
vate foundation excise taxes under Chapter 42 of the Internal Revenue Code.
However, you are not automatically exempt from other federal excise taxes. If
you have any questions about excise, employment, or other federal taxes, please
let us know.

Donors may deduct contributions to you as provided in section 170 of the
Internal Revenue Code. Bequests, legacies, devises, transfers, or gifts to you
or for your use are deductible for Federal estate and gift tax purposes if they
meet the applicable provisions of sections 2055, 2106, and 2522 of the Code.

Donors may deduct contributions to you only to the extent that their
contributions are gifts, with no consideration received. Ticket purchases and
similar payments in conjunction with fundraising events may not necessarily
qualify as deductible contributions, depending on the circumstances. Revenue
Ruling 67-246, published in Cumulative Bulletin 1967-2, on page 104, gives
guidelines regarding when taxpayers may deduct payments for admission to, or
other participation in, fundraising activities for charity.

You are not required to file Form 990, Return of Organization Exempt From
Income Tax, if your gross receipts each year are normally $25,000 or less. If
you receive a Form 990 package in the mail, simply attach the label provided,
check the box in the heading to indicate that your annual gross receipts are
normally $25,000 or less, and sign the return. Because you will be treated as
a public charity for return filing purposes during your entire advance ruling
period, you should file Form 990 for each year in your advance ruling period
that you exceed the $25,000 filing threshold even if your sources of support
do not satisfy the public support test specified in the heading of this letter.

If a return is required, it must be filed by the 15th day of the fifth
month after the end of your annual accounting period. A penalty of $20 a day

Letter 1045 (DO/CG)

-3-

THE BROTHERHOOD OF MEN INC

is charged when a return is filed late, unless there is reasonable cause for the delay. However, the maximum penalty charged cannot exceed $10,000 or 5 percent of your gross receipts for the year, whichever is less. For organizations with gross receipts exceeding $1,000,000 in any year, the penalty is $100 per day per return, unless there is reasonable cause for the delay. The maximum penalty for an organization with gross receipts exceeding $1,000,000 shall not exceed $50,000. This penalty may also be charged if a return is not complete. So, please be sure your return is complete before you file it.

You are not required to file federal income tax returns unless you are subject to the tax on unrelated business income under section 511 of the Code. If you are subject to this tax, you must file an income tax return on Form 990-T, Exempt Organization Business Income Tax Return. In this letter we are not determining whether any of your present or proposed activities are unrelated trade or business as defined in section 513 of the Code.

You are required to make your annual information return, Form 990 or Form 990-EZ, available for public inspection for three years after the later of the due date of the return or the date the return is filed. You are also required to make available for public inspection your exemption application, any supporting documents, and your exemption letter. Copies of these documents are also required to be provided to any individual upon written or in person request without charge other than reasonable fees for copying and postage. You may fulfill this requirement by placing these documents on the Internet. Penalties may be imposed for failure to comply with these requirements. Additional information is available in Publication 557, Tax-Exempt Status for Your Organization, or you may call our toll free number shown above.

You need an employer identification number even if you have no employees. If an employer identification number was not entered on your application, we will assign a number to you and advise you of it. Please use that number on all returns you file and in all correspondence with the Internal Revenue Service.

You have agreed on your application for exemption under section 501(c)(3) of the Code that your exemption is effective September 10, 2002, the date your completed application was filed.

If we said in the heading of this letter that an addendum applies, the addendum enclosed is an integral part of this letter.

Because this letter could help us resolve any questions about your exempt status and foundation status, you should keep it in your permanent records.

Letter 1045 (DO/CG)

-4-

THE BROTHERHOOD OF MEN INC


    If you have any questions, please contact the person whose name and
telephone number are shown in the heading of this letter.

                              Sincerely yours,

                              Lois G. Lerner

                              Lois G. Lerner
                              Director, Exempt Organizations

Enclosure(s):
Form 872-C


                                          Letter 1045 (DO/CG)

# Come One…Come All

Donate your real estate and earn
**extra cash $$$!**

Your donated real estate will be used
for On-the-Job training for youth in the
Washington Metropolitan Area.
*Electrical, Plumbing, Landscaping,
Excavation and Carpentry training will be
given.*

Don't Miss Out on This Great
Opportunity!

Please contact Mr. Duane McKinney
(202) 445-7887
for further information



Bank of America.    **Cashier's Check**    No. **0107325**

VOID AFTER 90 DAYS    30-1/1140    (NTX)

Notice to Purchaser - In the event this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Date _____

Banking
Center    FLORIDA AVENUE

3018023  68001  800107325    VIVIAN KWOK

Remitter (Purchased By)

**5000.00**

**FIVE THOUSAND DOLLARS AND 00 CENTS**    $

Pay

To
The    **THE BROTHERHOOD OF MEN**
Order    ****
Of

Non-Negotiable

Authorized Signature

Bank of America, N.A.
San Antonio, Texas

**Customer Copy**
**Retain For Your Records**    00164001239

---

★★★ GOVERNMENT
OF THE DISTRICT
OF COLUMBIA

DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
BUILDING AND LAND REGULATION ADMINISTRATION

Form BLRA-15
(Rev. 9/30/91)

**BUILDING PERMIT**    PERMIT NO.  **B471087**

Date 3/30/06    (Type)    ALTERATION AND REPAIR    Lot  0011    Square  5134

4611 CLAY STREET N.E.    TOTAL PERMIT FEE    $
QUIYO YAIN    FILING FEE    $

4611 CLAY ST. NE.
When stamped "PAID" by the D.C. Treasurer, this    NO.    DATE
coupon will become your receipt and when presented    FEE PAYABLE
to the Permit Clerk will entitle you to your permit.    $    200.00
REPLACE ELEC. FIXTURES, REPLACE WINDOWS, DOORS.
REPLACE ROOFING SHINGLES, HEAVY-UP, REPAIR REAR PORCH.
REPLACE SIDING    THIS IS NOT A PERMIT
ELEC. REPLACEMENT

R-2    WARD: 7

266 HARRY S. TRUMAN DR.

Deposit No. _____    Amount $ _____
DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS

Credit Permit 1215 Bldg. Struct. & Equip.

PATRICK CANAVAN ACTING DIRECTOR
DIRECTOR    B. KING

THIS PERMIT AUTHORIZE CONSTRUCTION BETWEEN THE HRS 7:00 AM – 7:00 PM
MONDAY – SATURDAYS. AFTER HOURS PERMIT ARE REQUIRED FOR TIME AFTER 7:00 PM



Bank of America.    Cashier's Check                    No. 0107325

Notice to Purchaser - In the event this check is lost, misplaced or stolen, a sworn
statement and 90-day waiting period will be required prior to replacement. This
check should be negotiated within 90 days.

VOID AFTER 90 DAYS                                    30-1/1140    (NTX)

Date _____

Banking
Center    FLORIDA AVENUE

          3018823  00001   800107325        **VIVIAN KWOK

                                            Remitter (Purchased By)        **5000.00**

Pay      **FIVE THOUSAND DOLLARS AND 00 CENTS**                    $

To
The      **THE BROTHERHOOD OF MEN**
Order    ****
Of                                          _____  Non-Negotiable

                                            Authorized Signature

Bank of America, N.A.                        Customer Copy,
San Antonio, Texas                           Retain For Your Records        00164001239

---

**** GOVERNMENT          DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
OF THE DISTRICT              BUILDING AND LAND REGULATION ADMINISTRATION
OF COLUMBIA
Form BLRA-15
(Rev. 9/30/91)       BUILDING PERMIT               PERMIT NO. B471087

Date 3/30/0          (Type)    ALTERATION AND REPAIR
                               4611 CLAY STREET N.E.        Lot  0011    Square  5134
                                    QUIYO. TAUH            TOTAL PERMIT FEE    $
4611 CLAY ST. NE.                                         FILING FEE          $
When stamped "PAID" by the D.C. Treasurer, this    NO.    DATE
coupon will become your receipt and when presented                          $    200.00
to the Permit Clerk will entitle you to your permit.      FEE PAYABLE
REPLACE ELEC. FIXTURES, REPLACE WINDOWS, DOORS.
REPLACE ROOFING SHINGLES, HEAVY-UP, REPAIR REAR PORCH.
REPLACE SIDING ON THE HOUSE-VINYL SIDING
ELEC. REPLACEMENT ONLY

         THIS IS NOT A PERMIT

     R-2              WARD: 7

              266 HARRY S. TRUMAN DR.

Deposit No.                    Amount $
DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS

PATRICK CANAVAN ACTING DIRECTOR

THIS PERMIT AUTHORIZE CONSTRUCTION BETWEEN THE HRS. 7:00 AM - 7:00 PM
MONDAY - SATURDAYS. AFTER HOURS PERMIT ARE REQUIRED FOR TIME AFTER 7:00 PM

**RECEIPT**

DATE 4-23-05    No. 276917

FROM CHEN PING    $20,000.00

Twenty Thousand ———— 00/100 DOLLARS

FOR RENT
FOR Tax Reimbursement. 7th St NE

| ACCT. | | ○ CASH | FROM Ms. Ping TO Mr M Kinney |
|-------|---|--------|------|
| PAID 20,000 00 | | ○ CHECK | |
| DUE | | ○ MONEY ORDER | BY |

2501

**PRECISION**
Settlement & Escrow

Duane K. Young, Esq.
*President*

7343 Hanover Parkway, Suite C
Greenbelt, MD 20770
301-220-3140 (office) • 301-220-3141 (fax)
duane@pse-settles.com

---

**OFFICIAL CHECK**

23-97
1020    002963706

**WACHOVIA**

Pay To The
Order Of

$

Dollars

Remitter:
Issued by Integrated Payment Systems Inc., Englewood, Colorado
Bank One, NA, Denver, Colorado

**NON NEGOTIABLE**
Retain this copy. Serial No. required for any further inquiry.

**CUSTOMER COPY**

---

**Bank of America**    **Cashier's Check**    No. **1782947**

Notice to Purchaser – In the event this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

VOID AFTER 90 DAYS    Date _____    30-1/1140    (NTX)

Banking
Center    WHEATON BANKING CENTER

5032459  06012  001782947    VIVIAN KWOK

Remitter (Purchased By)    **40000.00**

**FORTY THOUSAND DOLLARS AND 00 CENTS**

Pay _____ $

To
The    **THE BROTHERHOOD OF MEN INC.**
Order
Of

**Non-Negotiable**

Authorized Signature

Bank of America, N.A.
San Antonio, Texas

**Customer Copy**
**Retain For Your Records**    001641001015

RECEIPT

DATE: 4-23-05          No. 276917

FROM: CHEN PING          $20,000.00

Twenty Thousand          00/100 DOLLARS

FOR RENT / BOX Reimbursement. 7th St NE

| ACCT. | | ○ CASH |
| PAID | 20,000 00 | ○ CHECK |
| DUE | | ○ MONEY ORDER |

FROM: Ms. PING to Mr. McKinney

BY: _____

2501

PRECISION
Settlement & Escrow

Duane K. Young, Esq.
President

7343 Hanover Parkway, Suite C
Greenbelt, MD 20770
301-220-3140 (office) • 301-220-3141 (fax)
duane@pse-settles.com

---

**OFFICIAL CHECK**

23-37
1020                    002963706

WACHOVIA

Pay To The
Order Of

$

Dollars

NON NEGOTIABLE
Retain this copy. Serial No. required for any further inquiry.

CUSTOMER COPY

Remitter
Issued by Integrated Payment Systems Inc., Englewood, Colorado
Bank One, NA, Denver, Colorado

---

**Bank of America**          **Cashier's Check**          No. 1782947

Notice to Purchaser – In the event this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.          VOID AFTER 99 DAYS          Date _____          36-1/140   (NTX)

Banking
Center          WHEATON BANKING CENTER

5892459  86012  881782947          VIVIAN KWOK

**FORTY THOUSAND DOLLARS AND 00 CENTS**          Remitter (Purchased By)          **40000.00**

Pay
To
The
Order
Of          **THE BROTHERHOOD OF MEN INC.**
2311          $

Non-Negotiable
Authorized Signature

Bank of America, N.A.
San Antonio, Texas          Customer Copy
Retain For Your Records          001641001015

**★★★ GOVERNMENT**
**▬▬▬ OF THE DISTRICT**
**▬▬▬ OF COLUMBIA**
Form BLRA-15
(Rev. 9/30/91)

**DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS**
**BUILDING AND LAND REGULATION ADMINISTRATION**

**BUILDING PERMIT**

PERMIT NO. **B471791**

Date **4/22/05**        (Type) **MISC.**

Address of work **1034 45TH ST N.E.**

Permission is hereby granted to

**DUANE MCKINNETT**
where is authorized to perform the work described herein at the
address shown above in strict accordance with the conditions
stated on BOTH sides of this permit.
Authorized work and conditions of performance thereof:

5157

| | TOTAL PERMIT FEE | $ |
| (Owner) | FILING FEE | $ |
| NO. | DATE | |
| | FEE PAYABLE | $ 130.00 |

FOR INSPECTIONS CALL 442-4641

**FONDATION ONLY.**

**THIS PERMIT AUTHORIZE CONSTRUCTION BETWEEN THE HRS. 7:00 AM - 7:00 PM**
**MONDAY - SATURDAYS. AFTER HOURS PERMIT ARE REQUIRED FOR TIME AFTER 7:00 PM SUN**

Builder—

Width of Bldgs.        Length        Height        No. of Stories **3**    **B**

Zone                         To be occupied as

Height of terrace above grade        Projections:   **SFD**

Address of owner        **266 HARRY S TRUMAN DR**

Deposit No.                    Amount $

DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS

Value $                        No. of Bldgs.

Chief, Permit Issuance Branch

By                                Permit Clerk

**PATRICK CANAVAN, ACTING DIRECTOR**

DIRECTOR

## Business Economy Chk - 7468

close window

print window

6 Months (12/11/2004 to 06/11/2005)

### Posted Transactions

| Posting Date ↓ | Transaction | Debit(-) |
|---|---|---|
| 06/10/2005 | Counter Debit | $4,200.00 |
| | Statement Period as of 06/01/2005 | |
| 05/31/2005 | Counter Debit | $40,850.00 |
| 05/27/2005 | DC TLR cash withdrawal from CHK 7468 Banking Ctr FLORIDA AVENUE #30 | $100.00 |
| 05/27/2005 | Counter Debit | $20,000.00 |
| 05/09/2005 | MD TLR cash withdrawal from CHK 7468 Banking Ctr MID ATLANTIC-CORAL HILLS #50 | $3,953.16 |
| | Statement Period as of 04/30/2005 | |
| 04/29/2005 | Monthly Maintenance Fee | $25.00 |
| | Statement Period as of 04/01/2005 | |
| 03/31/2005 | Monthly Maintenance Fee | $25.00 |
| 03/17/2005 | Counter Debit | $890.00 |
| 03/10/2005 | Counter Debit | $1,500.00 |
| | Statement Period as of 03/01/2005 | |
| 02/23/2005 | Counter Debit | $1,587.00 |
| 02/22/2005 | Counter Debit | $40.00 |
| 02/18/2005 | MD TLR cash withdrawal from CHK 7468 Banking Ctr UPPER MARLBORO #50 | $1,000.00 |
| 02/18/2005 | Counter Debit | $31,555.67 |
| 02/16/2005 | MD TLR cash withdrawal from CHK 7468 Banking Ctr SEAT PLEASANT #50 | $500.00 |
| 02/15/2005 | DC TLR cash withdrawal from CHK 7468 Banking Ctr FLORIDA AVENUE #30 | $500.00 |
| 02/15/2005 | Counter Debit | $34,976.29 |
| 02/14/2005 | Counter Debit | $1,100.00 |
| 02/14/2005 | Counter Debit | $2,305.00 |
| 02/09/2005 | MD TLR cash withdrawal from CHK 7468 Banking Ctr SEAT PLEASANT #50 | $1,400.00 |
| 02/08/2005 | Counter Debit | $2,407.80 |
| 02/08/2005 | Counter Debit | $31,555.67 |
| 02/07/2005 | MD TLR cash withdrawal from CHK 7468 Banking Ctr MID ATLANTIC-CORAL HILLS #50 | $132.86 |
| 02/07/2005 | Counter Debit | $22,607.86 |
| 02/01/2005 | MD TLR cash withdrawal from CHK 7468 Banking Ctr MID ATLANTIC-CORAL HILLS #50 | $1,000.00 |
| | Statement Period as of 02/01/2005 | |
| 01/31/2005 | Cash Deposit Processing | $22.60 |
| 01/26/2005 | DC TLR cash withdrawal from CHK 7468 Banking Ctr FLORIDA AVENUE #30 | $400.00 |
| 01/24/2005 | Counter Debit | $1,000.00 |

BANK OF AMERICA, N.A. (THE "BANK")

**Transaction History**

THE BROTHERHOOD OF MEN, INC.            **BUSINESS ECONOMY CHKG**

**001922787468**

Last Posting Date      6/10/2005

## Since Last Statement Summary

Last Statement Date     5/31/2005

| | | | | |
|---|---|---|---|---|
| Balance Last Statement | | | $ | 372.02 |
| Deposits/Credits | # | 1 | + | 4,200.00 |
| Withdrawals/Debits | # | 1 | - | 4,200.00 |
| | | | | |
| Current Balance | | | $ | 372.02 |

| Date | Amount | Balance | Transaction |
|---|---|---|---|
| * 4/25/2005 | 20000.00 | 20013.18 | Counter Credit |
| * 4/25/2005 | 5200.00 | 25213.18 | Counter Credit |
| * 4/29/2005 | 87.00 | 25300.18 | Counter Credit |
| * 4/29/2005 | 25.00 | 25275.18 | Monthly Maintenance Fee |
| * 5/09/2005 | 40000.00 | 65275.18 | Counter Credit |
| * 5/09/2005 | 3953.16 | 61322.02 | MD TLR cash withdrawal |
| * 5/27/2005 | 20000.00 | 41322.02 | Counter Debit |
| * 5/27/2005 | 100.00 | 41222.02 | DC TLR cash withdrawal |
| * 5/31/2005 | 40850.00 | 372.02 | Counter Debit |
| 6/10/2005 | 4200.00 | 4572.02 | Counter Credit |
| 6/10/2005 | 4200.00 | 372.02 | Counter Debit |

*** No More Activity For This Account ***

P = Items marked Pending have not yet been paid because they could cause your account to be overdrawn. If the Bank pays or returns this item, a service charge may result.
* = Item(s) included in Previous Statement(s).

For additional information or service, please contact the Customer Service Center at 800-432-1000

NDC
00-14-4036M (3/2000)                                                        Page    1

**Business Economy Chk - 7468**

close window

print window

Statement Ending 01/31/2005

Posted Transactions

| Posting Date ↓ | Transaction | Debit(-) | Credit(+) | Balance |
|---|---|---|---|---|
| 01/31/2005 | Cash Deposit Processing | $22.60 | | $51,132.86 |
| 01/28/2005 | FORCE POST CREDIT FOR A CUSTOMER DEPOSIT ON | | $2,900.00 | $51,155.46 |
| 01/26/2005 | DC TLR cash withdrawal from CHK 7468 Banking Ctr FLORIDA AVENUE #30 | $400.00 | | $48,255.46 |
| 01/24/2005 | Counter Debit | $1,000.00 | | $48,655.46 |
| 01/19/2005 | Counter Debit | $1,000.00 | | $49,655.46 |
| 01/18/2005 | Counter Debit | $6,000.00 | | $50,655.46 |
| 01/12/2005 | Counter Debit | $2,000.00 | | $56,655.46 |
| 01/11/2005 | Counter Debit | $400.00 | | $58,655.46 |
| 01/10/2005 | MD TLR cash withdrawal from CHK 7468 Banking Ctr KETTERING BANKING CENTER #50 | $500.00 | | $59,055.46 |
| 01/07/2005 | Counter Debit | $500.00 | | $59,555.46 |
| 01/07/2005 | Counter Credit | | $52,000.00 | $60,055.46 |
| 01/06/2005 | DC TLR cash withdrawal from CHK 7468 Banking Ctr FLORIDA AVENUE #30 | $1,000.00 | | $8,055.46 |
| 01/04/2005 | Counter Credit | | $3,000.00 | $9,055.46 |
| | Beginning Balance as of 01/01/2005 | | | $6,055.46 |

Please close window when you've finished printing. This page will timeout and close automatically in 10 minutes.

🔒 Secure Area

Bank of America, N.A. Member FDIC. Equal Housing Lender ☎
©2005 Bank of America Corporation. All rights reserved.



| 01/19/2005 | Counter Debit | $1,000.00 |
| 01/18/2005 | Counter Debit | $6,000.00 |
| 01/12/2005 | Counter Debit | $2,000.00 |
| 01/11/2005 | Counter Debit | $400.00 |
| 01/10/2005 | MD TLR cash withdrawal from CHK 7468 Banking Ctr KETTERING BANKING CENTER #50 | $500.00 |
| 01/07/2005 | Counter Debit | $500.00 |
| 01/06/2005 | DC TLR cash withdrawal from CHK 7468 Banking Ctr FLORIDA AVENUE #30 | $1,000.00 |

Please close window when you've finished printing. This page will timeout and close automatically in 10 minutes.

🔒 **Secure Area**

Bank of America, N.A. Member FDIC. Equal Housing Lender 🏠
©2005 Bank of America Corporation. All rights reserved.



**Bank of America**
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

1.800.432.1000
www.bankofamerica.com

H
Page 1 of 2
Account Number: 0019 2278 7468
E0 P  0A Enclosures 0          45
Statement Period
01/01/05 through 01/31/05        0034912

01357 001 SCM999 I1  4 0

THE BROTHERHOOD OF MEN, INC.
266 HARRY S TRUMAN DR
LARGO MD 20774-2021

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

## Your Bank of America Business Advantage Summary

| Account Name | Account Number | Qualifying Balance* | Type of Balance | Date | Total |
|---|---|---|---|---|---|
| **Deposit Accounts** | | | | | |
| Business Advantage Checking | 0019 2278 7468 | 42,997.39 | Average | 01-30 | |
| **Total Deposit Account Balance** | | | | | **$42,997.39** |

Thank you for banking with us.  With the balances in your account, there is no monthly maintenance fee for your Business Advantage account this month.

\* Balances in your linked accounts that are used to avoid a monthly maintenance fee are listed here.  These balances reflect the average or principal balance in your account - for your actual ending account balance, please see the "Account Summary Information" section of your statement.

### Business Advantage Checking

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period        01/01/05 through 01/31/05 | | Statement Beginning Balance | 6,055.46 |
| Number of Deposits/Credits | 3 | Amount of Deposits/Credits | 57,900.00 |
| Number of Withdrawals/Debits | 10 | Amount of Withdrawals/Debits | 12,822.60 |
| Number of Deposited Items | 1 | Statement Ending Balance | 51,132.86 |
| Number of Enclosures | 0 | Average Ledger Balance | 44,452.23 |
| Number of Days in Cycle | 31 | Service Charge | 22.60 |

H

THE BROTHERHOOD OF MEN, INC.

## Deposits and Credits

| Date Paid | Amount | Description | Bank Reference |
|---|---|---|---|
| 01/04 | 3,000.00 | Counter Credit | |
| 01/07 | 52,000.00 | Counter Credit | 813003110075674 |
| 01/28 | 2,900.00 | Force Post Credit | 813003910750690 |
| | | For A Customer Deposit On | 945001289390039 |
| | | 3310579176 | |
| | | Fdes Nmd 5012939 Nbkm398 | |

## Withdrawals and Debits

### Other Debits

| Date Paid | Amount | Description | Bank Reference |
|---|---|---|---|
| 01/06 | 1,000.00 | DC Tlr cash withdrawal from Chk 7468 | |
| | | Banking Ctr Florida Avenue        #3018023 DC | 957501069915745 |
| | | Confirmation# 5023722616 | |
| 01/07 | 500.00 | Counter Debit | |
| 01/10 | 500.00 | MD Tlr cash withdrawal from Chk 7468 | 813003210706075 |
| | | Banking Ctr Kettering Banking Center #5012291 MD | 957501109904439 |
| | | Confirmation# 5198201504 | |
| 01/11 | 400.00 | Counter Debit | |
| 01/12 | 2,000.00 | Counter Debit | 813003210176588 |
| 01/18 | 6,000.00 | Counter Debit | 813003110451769 |
| 01/19 | 1,000.00 | Counter Debit | 813006300091189 |
| 01/24 | 1,000.00 | Counter Debit | 813003610758602 |
| 01/26 | 400.00 | DC Tlr cash withdrawal from Chk 7468 | 813003710239600 |
| | | Banking Ctr Florida Avenue        #3018023 DC | 957501269934525 |
| | | Confirmation# 6758344344 | |
| 01/31 | 22.60 | Cash Deposit Processing | |

## Daily Ledger Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/01 | 6,055.46 | 01/11 | 58,655.46 | 01/26 | 48,255.46 |
| 01/04 | 9,055.46 | 01/12 | 56,655.46 | 01/28 | 51,155.46 |
| 01/06 | 8,055.46 | 01/18 | 50,655.46 | 01/31 | 51,132.86 |
| 01/07 | 59,555.46 | 01/19 | 49,655.46 | | |
| 01/10 | 59,055.46 | 01/24 | 48,655.46 | | |

**Bank of America**
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

1.800.432.1000
www.bankofamerica.com

```
        01357 001 SCM999 I1    0
THE BROTHERHOOD OF MEN, INC.
266 HARRY S TRUMAN DR
LARGO MD 20774-2021
```

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

## Your Bank of America Business Advantage Summary

| Account Name | Account Number | Qualifying Balance* | Type of Balance | Date | Total |
|---|---|---|---|---|---|
| **Deposit Accounts** | | | | | |
| Business Advantage Checking 0019 2278 7468 | | 42,545.28 | Average | 02-27 | |
| **Total Deposit Account Balance** | | | | | $42,545.28 |

\* Balances in your linked accounts that are used to avoid a monthly maintenance fee are listed here. These balances reflect the average or principal balance in your account - for your actual ending account balance, please see the "Account Summary Information" section of your statement.

### Business Advantage Checking

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period    02/01/05 through 02/28/05 | | Statement Beginning Balance | 51,132.86 |
| Number of Deposits/Credits | 3 | Amount of Deposits/Credits | 83,963.47 |
| Number of Withdrawals/Debits | 15 | Amount of Withdrawals/Debits | 132,668.15 |
| Number of Deposited Items | 2 | Statement Ending Balance | 2,428.18 |
| Number of Enclosures | 0 | Average Ledger Balance | 41,932.81 |
| Number of Days in Cycle | 28 | Service Charge | 0.00 |

H
Page 2 of 3
Account Number: 0019 2278 7468
E0 P  0A Enclosures 0           45
Statement Period
02/01/05 through 02/28/05

THE BROTHERHOOD OF MEN, INC.

## Deposits and Credits

| Date Posted | Amount | Description | Bank Reference |
|---|---|---|---|
| 02/04 | 50,000.00 | Counter Credit | |
| 02/07 | 2,407.80 | Counter Credit | 813003810283459 |
| 02/10 | 31,555.67 | Force Post Credit | 813003910373208 |
| | | For A Customer Deposit On | 945002109390230 |
| | | Posting Date Of 02/09/05 With | |
| | | Sequence #3710027295 | |
| | | Fdes Nmd 5012939 Nbksj64 Effective Date 02/09/05 | |

## Withdrawals and Debits

### Other Debits

| Date Posted | Amount | Description | Bank Reference |
|---|---|---|---|
| 02/01 | 1,000.00 | MD Tlr cash withdrawal from Chk 7468 | 957502019941547 |
| | | Banking Ctr Mid Atlantic-Coral Hills #5012181 MD | |
| | | Confirmation# 7272481988 | |
| 02/07 | 22,607.86 | Counter Debit | 813003910373214 |
| 02/07 | 132.86 | MD Tlr cash withdrawal from Chk 7468 | 957502079941175 |
| | | Banking Ctr Mid Atlantic-Coral Hills #5012181 MD | |
| | | Confirmation# 7794451912 | |
| 02/08 | 31,555.67 | Counter Debit | 813003610405216 |
| 02/08 | 2,407.80 | Counter Debit | 813003610405296 |
| 02/09 | 1,400.00 | MD Tlr cash withdrawal from Chk 7468 | 957502099925462 |
| | | Banking Ctr Seat Pleasant          #5012396 MD | |
| | | Confirmation# 7964175123 | |
| 02/14 | 2,305.00 | Counter Debit | 813003810327922 |
| 02/14 | 1,100.00 | Counter Debit | 813003910143877 |
| 02/15 | 34,976.29 | Counter Debit | 813003310524356 |
| 02/15 | 500.00 | DC Tlr cash withdrawal from Chk 7468 | 957502159925378 |
| | | Banking Ctr Florida Avenue      #3018023 DC | |
| | | Confirmation# 8481315845 | |
| 02/16 | 500.00 | MD Tlr cash withdrawal from Chk 7468 | 957502169987637 |
| | | Banking Ctr Seat Pleasant          #5012396 MD | |
| | | Confirmation# 8586647513 | |
| 02/18 | 31,555.67 | Counter Debit | 813003210436641 |
| 02/18 | 1,000.00 | MD Tlr cash withdrawal from Chk 7468 | 957502189948757 |
| | | Banking Ctr Upper Marlboro          #5012324 MD | |
| | | Confirmation# 8744514028 | |
| 02/22 | 40.00 | Counter Debit | 813004210988194 |
| 02/23 | 1,587.00 | Counter Debit | 813004110224282 |

## Daily Ledger Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/01 | 50,132.86 | 02/08 | 45,836.47 | 02/14 | 72,587.14 |
| 02/04 | 100,132.86 | 02/09 | 44,436.47 | 02/15 | 37,110.85 |
| 02/07 | 79,799.94 | 02/10 | 75,992.14 | 02/16 | 36,610.85 |

Page 3 of 3
Account Number: 0019 2278 7468
E0 P  0A Enclosures 0          45
Statement Period
02/01/05 through 02/28/05      0035040

THE BROTHERHOOD OF MEN, INC.

## Daily Ledger Balances - Continued

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 02/18 | 4,055.18 | 02/22 | 4,015.18 | 02/23 | 2,428.18 |

**Bankof America**

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

1.800.432.1000
www.bankofamerica.com

Page 1 of 2
Account Number: 0019 2278 7468
E0 P  0A Enclosures 0        45
Statement Period
04/01/05 through 04/30/05    0040131

02357 001 SCM999 I1    0

THE BROTHERHOOD OF MEN, INC.
266 HARRY S TRUMAN DR
LARGO MD 20774-2021

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

## Your Bank of America Business Advantage Summary

| Account Name | Account Number | Qualifying Balance* | Type of Balance | Date | Total |
|---|---|---|---|---|---|
| **Deposit Accounts** | | | | | |
| Business Advantage Checking 0019 2278 7468 | | 3,489.04 | Average | 04-28 | |
| **Total Deposit Account Balance** | | | | | **$3,489.04** |

\* Balances in your linked accounts that are used to avoid a monthly maintenance fee are listed here. These balances reflect the average or principal balance in your account - for your actual ending account balance, please see the "Account Summary Information" section of your statement.

### Business Advantage Checking

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period          04/01/05 through 04/30/05 | | Statement Beginning Balance | 13.18 |
| Number of Deposits/Credits | 3 | Amount of Deposits/Credits | 25,287.00 |
| Number of Withdrawals/Debits | 1 | Amount of Withdrawals/Debits | 25.00 |
| Number of Deposited Items | 3 | Statement Ending Balance | 25,275.18 |
| Number of Enclosures | 0 | Average Ledger Balance | 5,058.98 |
| Number of Days in Cycle | 30 | Service Charge | 25.00 |

### Deposits and Credits

| Date Posted | Amount | Description | Bank Reference |
|---|---|---|---|
| 04/25 | 20,000.00 | Counter Credit | 813003210915708 |
| 04/25 | 5,200.00 | Counter Credit | 813003310062454 |
| 04/29 | 87.00 | Counter Credit | 813003910202030 |

THE BROTHERHOOD OF MEN, INC.

## Withdrawals and Debits

### Other Debits

| Date Posted | Amount | Description | Bank Reference |
|-------------|--------|-------------|----------------|
| 04/29 | 25.00 | Monthly Maintenance Fee | |

### Daily Ledger Balances

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 04/01 | 13.18 | 04/25 | 25,213.18 | 04/29 | 25,275.18 |

### Message Center

*Effective June 1, 2005, if you use your Check Card or ATM Card to obtain cash from an ATM in a currency other than U.S. dollars, a Check Card Foreign Currency Conversion Adjustment factor equal to 1% of the U.S. dollar amount will be reported on your statement as a single charge for each converted transaction.*

*Please call the number on this statement with questions regarding this change. If you are traveling abroad this year, remember that you can access your funds with no ATM fee at over 14,000 international ATMs operateed by members of the Global ATM Alliance. For a list of participating banks, visit www.bankofamerica.com/locator.*

**Bank of America**

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

1.800.432.1000
www.bankofamerica.com

Page 1 of 2
Account Number: 0019 2278 7468
E0 P  0A Enclosures 0          45
Statement Period
05/01/05 through 05/31/05       0036769

01357 001 SCM999 I1    0

THE BROTHERHOOD OF MEN, INC.
266 HARRY S TRUMAN DR
LARGO MD 20774-2021

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

## Your Bank of America Business Advantage Summary

| Account Name | Account Number | Qualifying Balance* | Type of Balance | Date | Total |
|---|---|---|---|---|---|
| **Deposit Accounts** | | | | | |
| Business Advantage Checking | 0019 2278 7468 | 48,263.26 | Average | 05-30 | |
| Total Deposit Account Balance | | | | | $48,263.26 |

Thank you for banking with us. With the balances in your account, there is no monthly maintenance fee for your Business Advantage account this month.

\* Balances in your linked accounts that are used to avoid a monthly maintenance fee are listed here. These balances reflect the average or principal balance in your account - for your actual ending account balance, please see the "Account Summary Information" section of your statement.

### Business Advantage Checking

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period    05/01/05 through 05/31/05 | | Statement Beginning Balance | 25,275.18 |
| Number of Deposits/Credits | 1 | Amount of Deposits/Credits | 40,000.00 |
| Number of Withdrawals/Debits | 4 | Amount of Withdrawals/Debits | 64,903.16 |
| Number of Deposited Items | 1 | Statement Ending Balance | 372.02 |
| Number of Enclosures | 0 | Average Ledger Balance | 47,459.93 |
| Number of Days in Cycle | 31 | Service Charge | 0.00 |

### Deposits and Credits

| Date Posted | Amount | Description | Bank Reference |
|---|---|---|---|
| 05/09 | 40,000.00 | Counter Credit | 813004210928998 |

H

Page 2 of 2
Account Number: 0019 2278 7468
E0 P   0A Enclosures 0          45
Statement Period
05/01/05 through 05/31/05

THE BROTHERHOOD OF MEN, INC.

## Withdrawals and Debits

**Other Debits**

| Posted | Amount | Description | Bank Reference |
|--------|--------|-------------|----------------|
| 05/09 | 3,953.16 | MD Tlr cash withdrawal from Chk 7468<br>Banking Ctr Mid Atlantic-Coral Hills #5012181 MD<br>Confirmation# 5644989503 | 957505099908233 |
| 05/27 ✓ | 20,000.00 | Counter Debit | |
| 05/27 | 100.00 | DC Tlr cash withdrawal from Chk 7468<br>Banking Ctr Florida Avenue          #3018023 DC<br>Confirmation# 7201752126 | 813003210354065<br>957505279924215 |
| 05/31 | 40,850.00 | Counter Debit | 813003610756610 |

## Daily Ledger Balances

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 05/01 | 25,275.18 | 05/27 | 41,222.02 |
| 05/09 | 61,322.02 | 05/31 | 372.02 |

| PRE-FILE NUMBERS | | ZONING DISTRICT | FILE NUMB | PERMIT NUMBER | |
|---|---|---|---|---|---|
| N.C.P.C. No: | O.G. No: | R-2 | | | By: |
| H.P.A. No: | S.L. No: | Ward No: 7 | Receipt No: | Date: | Receipt No: |

★ ★ ★ GOVERNMENT
OF THE DISTRICT
OF COLUMBIA

HLRA-33
(Rev. 204)

## DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
BUILDING AND LAND REGULATION ADMINISTRATION PERMIT SERVICE CENTER
Tel 202-442-4589 Fax 202-442-4862

### APPLICATION FOR CONSTRUCTION PERMITS ON PRIVATE PROPERTY
(PRINT IN INK OR TYPE, DO NOT WRITE IN SHADED AREAS OR ON PAGE 4)

CLEARANCE TO FILE
By _____ Date _____     ERASING, CROSSING OUT, WHITING OUT, OR OTHERWISE ALTERING ANY ENTERED INFORMATION WILL VOID THIS APPLICATION

### (A) ALL APPLICANTS MUST COMPLETE ITEMS 1 THRU 27

| 1 Address of Proposed Work: 3319 Clay Pl NE | | Suite No. | 2. Lot 88 | 3. Square 5002 | 4. Application Date 03/31/05 |
|---|---|---|---|---|---|
| 5 Owner of Building or Property Qiyao Yuan | 6 Address (include Zip Code) 1225 4th St NE DC 20002 | | | | 7 Phone 202-412-3930 |
| 8 Agent for Owner: (if applicable) Duane McKinney | 9. Address (include Zip Code) Same | | | | 10. Phone 202-277-1705 |

**11. Type of Proposed Work** (check all applicable boxes)

☐ New Building          ☐ Retaining Wall
☐ Addition              ☐ Fence
☒ Alteration and Repair ☐ Shed
☐ Raze Building         ☐ Awning

☐ Garage
☐ Sign
☐ Projection
☐ Other (Specify) _____

"False statements or misrepresentation of facts on a permit application and/or plans is subject to criminal penalties pursuant to DC law 22-2405."

**12. Description of Proposed Work** Replace (5) Elec. fixtures, Replace windows, Doors.
Replace Roofing shingles, Heavy-up, ~~replace back deck~~.
Replace siding on the House - vinyl siding.
Elec. Replacement only.

| 13 Existing Use(s) of Building or Property Residential SFD | 14 Ex. No of Stories of Bldg 2 | 15 Ex No of Dwelling Units 2 | Official Use Only Miscellaneous FEE |
|---|---|---|---|
| 16 Proposed Use(s) of Building or Property Residential SFD | 17 Prop No of Stories of Bldg 2 | 18 Prop. No of Dwelling Units 2 | $ By: Date: |

| 19 Starting Date April 1, 05 | 20 Completion Date of work May 1, 05 | 21 Method of Removing Construction Debris ☒ Pick-up Truck  [ ] Dumpster [ ] Other (specify) | 22 Does the proposed work involve disturbing the earth or razing a building? [ ] Yes, answer q. 23 ☒ No, SKIP q. 23-27 |
|---|---|---|---|
| 23. Is the area of disturbed earth more than 50 sq. ft? ☐ Yes, answer q. 24-25 ☐ No, SKIP q. 24-25 | 24. Soil Erosion Control Methods | 25. Area of Offsite Drainage ___ sq. ft | 26. No of Footings or Columns   27 Size of Footings or Columns |

**ALWAYS SIGN THE APPLICATION ON PAGE 3 (SECTION I)**

Complete Section B if the proposed work is new building, addition or alteration. (Page 2)
Complete Section C if the proposed work is razing a building. (Page 2)
Complete Section D if the proposed work is a retaining wall. (Page 2)
Complete Section E if the proposed work is a fence. (Page 3)
Complete Section F if the proposed work is a shed/garage. (Page 3)
Complete Section G if the proposed work is an awning. (Page 3)
Complete Section H if the proposed work is a sign. (Page 3)

| OFFICIAL USE ONLY | | | | |
|---|---|---|---|---|
| | R | P | H | A |
| M | | | | |
| P | | | | |
| E | | | | W ☐ Yes ☐ No |
| F | | | | PLANS |
| S | | | | ☐ No ☐ Sm ☐ Lg |

| PRE-FILE NUMBERS | | ZONING DISTRICT | FILE NUME | PERMIT NUMBER | |
|---|---|---|---|---|---|
| N.C.P.C. No: | O.G. No: | R-3 | | | By: |
| H.P.A No: | S.L. No: | Ward No: 7 | Receipt No: | Date: | Receipt No: |

★★★ GOVERNMENT OF THE DISTRICT OF COLUMBIA

**DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS**
BUILDING AND LAND REGULATION ADMINISTRATION PERMIT SERVICE CENTER
Tel 202-442-4589 Fax 202-442-4862

BLRA-23
(Rev. 204)

**APPLICATION FOR CONSTRUCTION PERMITS ON PRIVATE PROPERTY**
(PRINT IN INK OR TYPE, DO NOT WRITE IN SHADED AREAS OR ON PAGE 4)

| CLEARANCE TO FILE | ERASING, CROSSING OUT, WRITING OUT, OR OTHERWISE ALTERING ANY ENTERED INFORMATION WILL VOID THIS APPLICATION |
|---|---|
| By         Date | |

(A) ALL APPLICANTS MUST COMPLETE ITEMS 1 THRU 27

| 1 Address of Proposed Work: 3319 Clay Pl NE | Suite No. | 2. Lot 88 | 3. Square 5002 | 4. Application Date 03/31/05 |
|---|---|---|---|---|
| 5 Owner of Building or Property Qiyao Yuan | 6 Address (include Zip Code) 1225 4th St NE DC 20002 | | | 7 Phone 202-412-3930 |
| | 9. Address (include Zip Code) | | | 10. Phone 202-277-1705 |

★★★ GOVERNMENT OF THE DISTRICT OF COLUMBIA
Form BLRA-15
(Rev. 2009)

AS

**DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS**
**BUILDING AND LAND REGULATION ADMINISTRATION**

**BUILDING PERMIT**

Date: 3/31/05   (Type) ALTERATION AND REPAIR

Address of work 3319 CLAY PL. NE.

Permission is hereby granted to

QIYAO YUAN

authorized to perform the work described herein at the address shown above in strict accordance with the conditions stated on BOTH sides of this permit.

Authorized work and conditions of performance thereof.

REPLACE (5) ELEC. FIXTURES, REPLACE WINDOWS, DOORS, SHINGLES, HEAVY-UP., REPLACE SIDING ON THE HOUSE. REPLACE ROOFING, VINYL SIDING. ELEC. REPLACEMENT ONLY.

Builder

Width of Bldgs.        Length

Zone R-3        WARD: 7

Height of terrace above grade

Address of owner

Deposit No.        Amount $

DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS

PATRICK CANAVAN  ACTING DIRECTOR

DIRECTOR

**PERMIT NO. B471128**

Lot 88        Square 5002

TOTAL PERMIT FEE        $

FILING FEE        DATE

FEE PAYABLE        $ 110.00

FOR INSPECTIONS CALL 727-7562

REPLACE ROOFING VINYL SIDING.

(Owner)        NO.

Height        No. of Bldgs.

To be occupied as        No. of Stories 2

Projections

Chief, Permit Issuance Branch

Permit Clerk

| April 1, 05 | May 1, 05 | [ ] Other (specify) | [X] No, SKIP q. 23-27 |
|---|---|---|---|

| 23. Is the area of disturbed earth more than 50 sq. ft?<br>[ ] Yes, answer q. 24-25<br>[ ] No, SKIP q. 24-25 | 24. Soil Erosion Control Methods | 25. Area of Offsite Drainage<br><br>sq. ft | 26. No of Footings or Columns | 27 Size of Footings or Columns |
|---|---|---|---|---|

ALWAYS SIGN THE APPLICATION ON PAGE 3 (SECTION I)

Complete Section B if the proposed work is new building, addition or alteration. (Page 2)
Complete Section C if the proposed work is razing a building. (Page 2)
Complete Section D if the proposed work is a retaining wall. (Page 2)
Complete Section E if the proposed work is a fence. (Page 3)
Complete Section F if the proposed work is a shed/garage. (Page 3)
Complete Section G if the proposed work is an awning. (Page 3)
Complete Section H if the proposed work is a sign. (Page 3)

**OFFICIAL USE ONLY**

| | R | P | H | A | |
|---|---|---|---|---|---|
| M | | | | | |
| P | | | | | |
| E | | | | | W [ ] Yes [ ] No |
| F | | | | | PLANS |
| S | | | | | [ ] No [ ] Sm [ ] Lg |

# Duane McKinney
## T/A
# McKinney Construction Company

266 Harry S. Truman Dr.
Largo, MD 20774

Tel:  (202) 277-1705
Fax:  (301) 583-7562

DC LIC# 53005258

DATE 05/10/05

## Home Improvement Contract

OPTIONAL: (You may include your fax and/or pager numbers)
The following is a CONTRACT for materials and labor to be supplied by the Contractor at the request and order of the homeowner.

HOMEOWNER'S NAME: Qiyo Yuan

ADDRESS: 4611 City Street

Washington ___ D.C ___ 20019 ___ ( )
        CITY        STATE   ZIP CODE   PHONE #

CONSTRUCTION ADDRESS (if different): Same

CITY ___ STATE ___ ZIP CODE

HOME PHONE: (202) 412-3930          ADDITIONAL #: ( )

DESCRIPTION OF WORK TO BE PERFORMED:

12 Window Taken and Replaced properly Installation of
2 Doors, Repair Back porch and Front.

Work to be started on or before MAY 30, 2005, and be substantially competed on or before JUNE
31, 2003.

OPTIONAL: If there is insufficient space to describe the full scope of the work in the space above, an addendum to this agreement describing the complete scope of work must be put in writing and signed by both parties. The addendum is made part of this contract by this reference.

### BUYER'S RIGHT TO CANCEL

If this agreement was solicited at or near your residence and you do not want the goods or services, you may cancel this agreement by mailing a notice to the seller. The notice must say that you do not want the goods or services and must be mailed before midnight of the third business day after you signed this contract. The notice must be mailed to: Duane McKinney T/A McKinney Construction Company. If you cancel, the seller may not keep any part of your cash down payment.      266 Harry S. Truman Dr.  Largo, MD 20774

Total Amount $ 45,000 00      Deposit $ 5,000 00      Balance $ 40,000 —

Balance of payment to be made as follows: ___

DO NOT SIGN IN BLANK. HOMEOWNER IS ENTITLED TO COPY OF THE CONTRACT (INCLUDING ANY ADDENDA) AT THE TIME HE OR SHE SIGNS. REQUIRED IF ADDITIONAL TERMS ARE ON THE REVERSE SIDE: READ THE ADDITIONAL TERMS ON THE BACK BEFORE SIGNING.

The foregoing terms, specifications and conditions are satisfactory and hereby agreed to. You are authorized to work as specified and payment will be made as outlined above. Upon signing this agreement, the homeowner represents and warrants that he or she is the owner or the authorized agent of the aforesaid premises and that he or she has read this agreement.

Salesperson's Name: Duane McKinney      License #: ___      Date: 05/10/05

Homeowner(s): ___      Date: ___

This contract may be withdrawn if not accepted by the Contractor within 15 days.

Contractor's Acceptance: ___      Date: 05/10/05

Homeowner's Acceptance: ___      Date: 05/10/05

# Duane McKinney
# T/A
# McKinney Construction Company

-1003

266 Harry S. Truman Dr.
Largo, MD 20774

Tel:   (202) 277-1705
Fax:   (301) 583-7562

DC LIC# 53005258

DATE 05/10/05

## Home Improvement Contract

OPTIONAL: (You may include your fax and/or pager numbers)
The following is a CONTRACT for materials and labor to be supplied by the Contractor at the request and order of the homeowner.

HOMEOWNER'S NAME: Qiyo Yuan

ADDRESS: 4611 Clay Street

Washington    D. C    20019    ( )
CITY    STATE    ZIP CODE    PHONE #

CONSTRUCTION ADDRESS (if different): Same

CITY    STATE    ZIP CODE

HOME PHONE: (202) 412-3930    ADDITIONAL #s ( )

DESCRIPTION OF WORK TO BE PERFORMED:

12 Window Taken and Replaced properly. Installation of 2 Doors, Repair Back porch and Front.

Work to be started on or before May 30, 2005, and be substantially completed on or before June 1, 2005.

OPTIONAL: If there is insufficient space to describe the full scope of the work in the space above, an addendum to this agreement describing the complete scope of work must be put in writing and signed by both parties. The addendum is made part of this contract by this reference.

### BUYER'S RIGHT TO CANCEL

If this agreement was solicited at or near your residence and you do not want the goods or services, you may cancel this agreement by mailing a notice to the seller. The notice must say that you do not want the goods or services and must be mailed before midnight of the third business day after you signed this contract. The notice must be mailed to: Duane McKinney T/A McKinney Construction Company. If you cancel, the seller may not keep any part of your cash down payment.    266 Harry S. Truman Dr.  Largo, MD 20774

Total Amount $ 45,000 ⁰⁰    Deposit $ 5,000 ⁰⁰    Balance $ 40,000 ⁰⁰

Balance of payment to be made as follows:

DO NOT SIGN IN BLANK. HOMEOWNER IS ENTITLED TO COPY OF THE CONTRACT (INCLUDING ANY ADDENDA) AT THE TIME HE OR SHE SIGNS. REQUIRED IF ADDITIONAL TERMS ARE ON THE REVERSE SIDE: READ THE ADDITIONAL TERMS ON THE BACK BEFORE SIGNING.

The foregoing terms, specifications and conditions are satisfactory and hereby agreed to. You are authorized to work as specified and payment will be made as outlined above. Upon signing this agreement, the homeowner represents and warrants that he or she is the owner or the authorized agent of the aforesaid premises and that he or she has read this agreement.

Salesperson's Name: Duane McKinney    License #:    Date: 05/10/05

Homeowner(s):    Date:

This contract may be withdrawn if not accepted by the Contractor within 15 days.

Contractor's Acceptance:    Date: 05/10/05

Homeowner's Acceptance:    Date: 05/10/05



RECEIPT

DATE May 19, 2005                 No. 753614
RECEIVED FROM Qiyao Yuan          $40,000 00
Forty thousand                    00/100 DOLLARS
○ FOR RENT
○ FOR  Real Estate Investing
ACCOUNT 45,000 00   ○ CASH     FROM Ms. Yuan   TO Mr. McKinney
PAYMENT 40,000 00   ● CHECK
BAL DUE    0        ○ MONEY    BY
                      ORDER
                                          1182

RECEIPT

DATE January 04, 2005             No. 753603
RECEIVED FROM Serita Curtis       $3,000 00
Three thousand                    00/100 DOLLARS
○ FOR RENT
● FOR  Plastering Walls
ACCOUNT 3,000 00   ● CASH     FROM Ms Curtis   TO Mr McKinney
PAYMENT 3,000 00   ○ CHECK
BAL DUE    0       ○ MONEY    BY Serita Curtis
                     ORDER
                                          1182

RECEIPT

DATE January 10, 2005             No. 753601
RECEIVED FROM Qiyao Yuan          $52,000 00
Fifty two thousand                00/100 DOLLARS
○ FOR RENT
● FOR  Assistance in 4611 Clay St NE
ACCOUNT 52,000 00   ○ CASH    FROM Mr. Yuan   TO Mr McKinney
PAYMENT 52,000 00   ● CHECK
BAL DUE    0        ○ MONEY   BY
                      ORDER
                                          1182

RECEIPT

DATE April 29, 2005               No. 753789
RECEIVED FROM Qiyao Yuan          $5,000 00
Five thousand                     00/100 DOLLARS
○ FOR RENT
● FOR  Repayment of loan
ACCOUNT 5,000 00   ○ CASH     FROM Mr. Yuan   TO Mr. McKinney
PAYMENT 5,000 00   ● CHECK
BAL DUE    0       ○ MONEY    BY
                     ORDER

**The Brotherhood Of Men Inc.**

## McKinney Construction Co.

**Duane McKinney**
President / Founder

266 Harry S. Truman Dr.
Largo, MD 20774
**(202)445-7887**

*Since 1995*



**A. Settlement Statement**

U.S. Department of Housing
and Urban Development

OMB No. 2502-0265

| B. Type of Loan | | | |
|---|---|---|---|
| 1. ☐ FHA    2. ☐ FmHA    3. ☐ Conv. Unins. | 6. File Number<br>04-0244 | 7. Loan Number | 8. Mortgage Insurance Case Number |
| 4. ☐ VA    5. ☐ Conv. Ins. | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| 1612 7th Street, NW, LP<br>13311 Query Mill Road<br>Potomac, MD 20878 | The Brotherhood of Men, Inc.<br>3501 22nd Street, SE<br>Washington, DC  20020 | CASH TRANSACTION/NO LENDER INVOLVED |

| G. Property Location | H. Settlement Agent | |
|---|---|---|
| 513 Florida Avenue, NE<br>Washington, DC 20002<br>Lot 44, Square 828<br>District of Columbia | Precision Settlement & Escrow, LLC | |
| | Place of Settlement<br>7343 Hanover Parkway,<br>Suite C<br>Greenbelt, Maryland 20770 | I. Settlement Date<br>06/07/04 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | 174,500.00 | 401. Contract sales price | 174,500.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 3,359.25 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by seller in advance** | | **Adjustments for items paid by seller in advance** | |
| 106. City/town taxes          to | | 406. City/town taxes          to | |
| 107. County taxes          to | | 407. County taxes          to | |
| 108. Assessments          to | | 408. Assessments          to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 177,859.25 | **420. GROSS AMOUNT DUE TO SELLER** | 174,500.00 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT TO SELLER** | |
| 201. Deposit or earnest money | 5,000.00 | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 62,327.73 |
| 203. Existing loan(s) taken subject to | | 503. Existing loans taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. ESCROW Final Water Reading | 1,000.00 |
| 207. | | 507. Supplemental Lien Escrow | 5,000.00 |
| 208. | | 508. | |
| 209. | | 509. | |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210. City/town taxes     04/01   to  06/07 | 1,032.73 | 510. City/town taxes     04/01   to  06/07 | 1,032.73 |
| 211. County taxes          to | | 511. County taxes          to | |
| 212. Assessments          to | | 512. Assessments          to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY / FOR BORROWER** | 6,032.73 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 69,360.46 |
| **300. CASH AT SETTLEMENT FROM OR TO BORROWER** | | **600. CASH AT SETTLEMENT TO OR FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 177,859.25 | 601. Gross amount due to seller (line 420) | 174,500.00 |
| 302. Less amounts paid by/for borrower (line 220) | 6,032.73 | 602. Less reduction amount due to seller (line 520) | 69,360.46 |
| **303. CASH          FROM          BORROWER** | 171,826.52 | **603. CASH          TO          SELLER** | 105,139.54 |

RESPA, HB 4305.2 - REV. HUD1(3/86)

| | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $ @ = | | | | |
| Division of commission (line 700) as follows: | | | | |
| 701. $ to | | | | |
| 702. $ to | | | | |
| 703. Commission paid at Settlement | | | | |
| 704. | | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | P.O.C. | | |
| 801. Loan Origination Fee % | | | | |
| 802. Loan Discount % | | | | |
| 803. Appraisal Fee to | | | | |
| 804. Credit Report to | | | | |
| 805. Lender's Inspection Fee to | | | | |
| 806. Tax Service Fee to | | | | |
| 807. Flood Cert Fee to | | | | |
| 808. | | | | |
| 809. | | | | |
| 810. | | | | |
| 811. | | | | |
| 812. | | | | |
| 813. | | | | |
| 814. | | | | |
| 815. | | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | |
| 901. Interest from to @$ /day | | | | |
| 902. Mortgage Insurance Premium to | | | | |
| 903. Hazard Insurance Premium yrs. to | | | | |
| 904. | | | | |
| 905. | | | | |
| **1000. RESERVES DEPOSITED WITH LENDER FOR** | | | | |
| 1001. Hazard Insurance mo. @$ /mo. | | | | |
| 1002. Mortgage Insurance mo. @$ /mo. | | | | |
| 1003. City property taxes mo. @$ /mo. | | | | |
| 1004. County property taxes mo. @$ /mo. | | | | |
| 1005. Annual Assessments mo. @$ /mo. | | | | |
| 1006. mo. @$ /mo. | | | | |
| 1007. mo. @$ /mo. | | | | |
| 1008. Aggregate Reserve for Hazard/Flood Ins, City/County Prop Taxes, Mortgage Ins & Annual Assessments | | | | |
| **1100. TITLE CHARGES** | | | | |
| 1101. Settlement or closing fee to Precision Settlement & Escrow, LLC | | | 250.00 | 250.00 |
| 1102. Abstract or title search to Document Services | | | 275.00 | |
| 1103. Title examination to Precision Settlement & Escrow, LLC | | | 50.00 | 150.00 |
| 1104. Title insurance binder to | | | | |
| 1105. Document preparation to Precision Settlement & Escrow, LLC | | | | 100.00 |
| 1106. Notary fees to | | | | |
| 1107. Attorney's fees to Precision Settlement & Escrow, LLC | | | | 350.00 |
| (includes above item No: ) | | | | |
| 1108. Title insurance to Chicago Title Insurance Company | | | | 831.25 |
| (includes above item No: Standard Coverage ) | | | | |
| 1109. Lender's coverage | | | | |
| 1110. Owner's coverage 174,500.00 — 831.25 | | | | |
| 1111. Courier fees/Overnight mail Precision Settlement & Escrow, LLC | | | | 35.00 |
| 1112. | | | | |
| 1113. Certified Cheque fee Precision Settlement & Escrow, LLC | | | | 50.00 |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | |
| 1201. Recording fees Deed $ 33.50 ; Mortgage $ ; Releases $ | | | 33.50 | |
| 1202. City/county/stamps Deed $ 1,919.50 ; Mortgage $ | | | | 1,919.50 |
| 1203. State tax/stamps Deed $ ; Mortgage $ | | | | |
| 1204. Recordation Tax - | | | 1,919.50 | |
| 1205. | | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | | |
| 1301. Survey to | | | | |
| 1302. Pest inspection to | | | | |
| 1303. Atty fees for Tax Sale Buyer Law Office of John J. Callahan, PLLC | | | | 2,460.91 |
| 1304. Special Assessment DCRA Revenue Division | | | | 1,990.34 |
| 1305. Special Assessment DCRA Revenue Division | | | | 1,720.62 |
| 1306. Delinquent tax liens + pen. DC Treasurer/Public Space | | | | 37,691.54 |
| 1307. Delinquent Water Charges DCWASA | | | | 15,198.82 |
| 1308. Clean City Liens DC DMV Adjudication Services/Public Space | | | | 420.00 |
| **1400. TOTAL SETTLEMENT CHARGES (enter on lines 103 and 502, Sections J and K)** | | | **3,359.25** | **62,327.73** |

1612 7th Street, NW, LP
I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

The Brotherhood of Men, Inc.
1612 7th Street, NW, LP by Richard Grodsky, General Partner

The Brotherhood of Men, Inc.
The Brotherhood of Men, Inc., by Duane McKinney, President

6-07-04
Date

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Precision Settlement & Escrow, LLC

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title 18 U.S. Code section 1001 and Section 1010.