UNITED STATES DISTRICT COURT
District of Columbia

Case No.:  1:06CV00553 RBW

Mr. Duane McKinney
266 Harry S Truman Drive
Largo, MD  20774

v

U S Internal Revenue Services
1111 Constitution Ave
Rm 3241
Washington, DC 20224


MOTION - (Pro-SE)

MOTION OF:   Return of Property  $13,367,53

The complaint was filed March 23, 2006, and served on March 26, 2006.  No answer has been filed to the Courts nor to me Mr. Duane McKinney as the plaintiff.


POINTS AND AUTHORITIES

The rules and procedures of the courts stated as follows:

An answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to

RECEIVED
MAY 3 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Under these rules and procedures I, respectfully request that the
Courts grant an automactic judgement by default.

_____
Duane McKinney
266 Harry S Truman Dr
Largo, MD 20774

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **MOTION OF RETURN OF PROPERTY** was mailed to: Assistant United States Attorney 555 4th Street, NW Washington, DC 20530 this 30TH DAY OF MAY, 2006.

_____
Duane McKinney,