# UNITED STATES DISTRICT COURT
## District of Columbia

Case No.:  106CV00553

Mr. Dune McKinney
266 Harry S Truman Dr
Largo, MD 20774

vs.

U S Internal Revenue Services
1111 Constitution Ave., NW
Washington, DC 20224

## ORDER

Under consideration of the motion to return property filed by Duane McKinney and after hearing argumen ton behalf of all parties concerned, it is, by the Court, this _____ day of _____, 2006.

**ORDERED:**

1. That the motion be, and it is hereby,

_____ GRANTED        _____ DENIED

2. That _____
_____
_____
_____
_____
_____
_____

**Copies to:**                    _____
                                                    **JUDGE**