IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DUANE MCKINNEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:06-cv-00553 (RBW) |
| ) | |
| INTERNAL REVENUE SERVICE ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF
TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD**

DEFENDANT, the Internal Revenue Service, through its attorneys, moves the Court under Fed. R. Civ. P. 6(b)(1) to enlarge the time for defendant to answer, move, or otherwise plead to plaintiff's complaint for an additional forty-five (45) days.

As grounds for this motion, defendant asserts that the Internal Revenue Service has been unable to assemble and analyze the relevant records, and advise the Department of Justice as to the defense of this case within the time period provided by the Federal Rules of Civil Procedures. These grounds are more fully explained in a memorandum of points and authorities accompanying this motion.

The specific relief sought by this motion is an order enlarging the time for defendant to serve an answer, motion, or to other responsive pleading to the complaint by forty-five (45) days, to and including July 17, 2006.

DATE: June 5, 2006.

Respectfully submitted,

/s/ Pat Genis
PAT S. GENIS, #446244
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
Telephone/Fax: (202) 307-6390/514-6866
Email: pat.genis@usdoj.gov

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD was served upon plaintiff *pro se* on June 5, 2006, by putting a copy in the United States' mail, postage prepaid, addressed as follows:

>Duane McKinney
>Plaintiff *pro se*
>266 Harry S. Truman Drive
>Largo, MD 20774

>/s/ Pat S. Genis
>PAT S. GENIS, #446244