IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DUANE MCKINNEY                     )
                                   )
            Plaintiff,             )
                                   )
      v.                           )        No. 1:06-cv-00553 (RBW)
                                   )
INTERNAL REVENUE SERVICE           )
                                   )
            Defendant.             )

**MEMORANDUM OF POINTS & AUTHORITIES IN
SUPPORT OF DEFENDANT'S MOTION FOR
ENLARGEMENT OF TIME TO ANSWER, MOVE
OR OTHERWISE PLEAD**

This is a civil action in which plaintiff seeks the return of property allegedly seized by the Internal Revenue Service.

STATEMENT & DISCUSSION

1. <u>Introduction.</u>  Plaintiff filed this complaint on March 23, 2006

2. <u>The time for the defendant to serve an answer, motion, or other responsive pleading</u>.  Under the Federal Rules of Civil Procedure, the United States has 60 days after service of the summons and complaint in which to serve an answer, motion, or other responsive pleading.  The Attorney General was served on April 4, 2006 and the United States Attorney for the District of Columbia was served on April 3, 2006. Accordingly, the United States' response is due on or before June 5, 2006.

3. <u>Compliance with the pleading deadline</u>.  The Internal Revenue Service, the agency of the United States responsible for administration of the internal revenue, and more specifically the agency responsible for the actions described in the complaint, has advised the Department of Justice that it is unable to assemble, analyze, and provide litigation advice with respect to the complaint in this case within the period of time prescribed by the Federal Rules of Civil Procedure.

This inability is primarily due to difficulty in locating and reviewing the administrative files in this matter.

4. <u>Relief requested</u>.  The Internal Revenue Service is of the belief, and has advised the Department of Justice, that the process of assembling and analyzing case files and records, and providing litigation advice to the Department of Justice, can and likely will be completed within an additional forty-five (45) day period.

5. <u>The Court has discretion to grant this motion.</u>  Under Fed. R. Civ. P. 6(b)(1), the Court for cause shown, may enlarge the time for answering, moving, or otherwise pleading to the complaint.  <u>See</u> <u>Poe v. Christina Copper Mines, Inc.</u>, 15 F.R.D. 85, 87-88 (D. Del. 1953)  As the revisers of Professor Moore's treatise on procedure have commented:

> When a party requests an extension before the time period has elapsed, pursuant to Rule 6(b)(1), the district court usually will be liberal in granting the request.  Rule 6(b) allows the court to enlarge time periods in its discretion "for cause shown."  What cause must be shown is not specifically set out in Rule 6(b), but some justification for the enlargement seems to be required.  The court generally will find that cause has been shown and grant the extension unless the moving party has been negligent, shown bad faith, or abused the privilege of extensions.

1 Daniel R. Coquillette, et al., <u>Moore's Federal Practice</u>, § 6.06[2], p. 6-40.1 (1999) (footnotes omitted); <u>Baden v. Craig-Hallum, Inc.</u>, 115 F.R.D. 582, 585 (D. Minn. 1987).  Defendant has not been guilty of negligence or bad faith, nor has it abused the privilege of extensions.

6. <u>Summary.</u>  The Court should exercise its discretion to grant the requested enlargement of time in the interests of justice and for cause shown.  Defendant's counsel was unable obtain the <u>pro se</u> party's consent to this motion because the telephone number listed on the complaint is not in service.

1719156.1

CONCLUSION

It is the position of defendant, that the motion for enlargement time to answer, move, or otherwise plead ought to be granted.

DATE:  June 5, 2006.

/s/ Pat Genis
PAT S. GENIS, #446244
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C.  20044
Telephone/Fax: (202) 307-6390/514-6866
Email: pat.genis@usdoj.gov

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that Defendant's MEMORANDUM in support of its motion for enlargement of time was served upon plaintiff *pro se* on June 5, 2006, by putting a copy in the United States' mail, postage prepaid, addressed as follows:

> Duane McKinney
> Plaintiff *pro se*
> 266 Harry S. Truman Drive
> Largo, MD 20774

> /s/ Pat S. Genis
> PAT S. GENIS, #446244

1719156.1