IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DUANE MCKINNEY              ) | |
| ) | |
|     Plaintiff,              ) | |
| ) | |
| v.              ) | No. 1:06-cv-00553 (RBW) |
| ) | |
| INTERNAL REVENUE SERVICE   ) | |
| ) | |
|     Defendant.              ) | |

**O R D E R**

Having considered defendant's motion for enlargement of time in which to answer, move, or otherwise plead, together with the memorandum in support thereof, and any opposition thereto, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of _____, 2006, at Washington, D.C.

ORDERED that defendant's motion for enlargement of time to answer, move, or otherwise plead be and is GRANTED;

ORDERED that defendant, the Internal Revenue Service, shall have an additional forty-five (45) days until July 17, 2006, in which to serve an answer, motion, or to otherwise plead to the complaint; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

PAT S. GENIS
Trial Attorneys, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044

Duane McKinney
Plaintiff *pro se*
266 Harry S. Truman Drive
Largo, MD 20774

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that Defendant's proposed ORDER was served upon plaintiff *pro se* on June 5, 2006, by putting a copy in the United States' mail, postage prepaid, addressed as follows:

>Duane McKinney
>Plaintiff *pro se*
>266 Harry S. Truman Drive
>Largo, MD 20774

>/s/ Pat S. Genis
>PAT S. GENIS, #446244