LAW OFFICES OF
**CHARLES A. RAY, JR., ESQ.**

1625 K Street, N.W., Suite 400
Washington, D.C. 20006
Telephone: (202) 824-8123   Facsimile: (202) 223-9438 or 824-8098

Charles A. Ray, Jr.          Website: www.charlesray.com          Email: crayonl@earthlink.net

September 8, 2005

## PETITION FOR REMISSION OR MITIGATION OF FORFEITURE

I, Duane McKinney, state under penalties of perjury that I am the president of The Brotherhood of Men, Inc. (the "Corporation"), which has a legally cognizable interest in the property seized, to wit, a corporate bank account maintained at Bank of America, and further, that the Corporation is a non-profit corporation organized under the laws of the District of Columbia and is the innocent owner of such bank account within the meaning of 18 U.S.C. section 983, and finally, that this claim is not frivolous.

**PROPERTY SEIZED:**   Bank account at Bank of America, account number 54050074, containing approximately $13,367.53.

**DATE OF SEIZURE:**   July 22, 2005.

**PROOF OF OWNERSHIP
INTEREST IN PROPERTY:**   Bank statements. Certificate of incorporation attached hereto and incorporated herein by reference as Exhibit 1.

**FACTS /CIRCUMSTANCES
JUSTIFYING RETURN OF
PROPERTY :**   The asset seized is the sole bank account of The Brotherhood of Men, Inc. (the "Corporation"). The Corporation is a non-profit corporation organized in 1995 under the laws of the District of Columbia, and is exempt from federal income tax under section 501(c)(3) of the Internal Revenue Code of 1986. The Corporation has maintained proper corporate books and records since incorporation and is in good standing in the District of Columbia. See Exhibit 2 attached hereto and incorporated herein by reference.

The Corporation's purpose is set forth in Article III(c) of its articles of incorporation as to "conduct programs and provide services, benefits and assistance affecting the human health and welfare of young African American makes and females in the community," and also to "serve as a vehicle through which charitable contributions can be made to support its educational, job banks, mentoring, and financial grants programs and services to the community." See Exhibit 3 (two pages).

**GOVERNMENT EXHIBIT 1**

*Duane McKinney v. United States Internal Revenue Service*, Cv. No. 06-00553 (RBW)

Petition for Remission or Mitigation of Forfeiture
The Brotherhood of Men, Inc.
September 8, 2005
Page 2

     The Corporation derives its operating revenues from its members, as well as from both corporate and individual donations. These donations are deposited into the Corporation's sole account at Bank of America, which has been seized and is the subject of this Petition. Revenues are devoted strictly to corporate purposes under the supervision of a board of directors. Seizure of the of the Corporation's sole financial asset, the cash in its bank account, prevents the Corporation from carrying out its non-profit corporate purpose and from paying its ordinary and customary business expenses. As a result, the Corporation simply cannot operate and, effectively, is being put out of business.

     I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _8th_ day of September, 2005.

_____
Duane McKinney, President