# Declaration of Forfeiture

| | | |
|---|---|---|
| 1. Seizure Number<br>54050074<br>1a. CIMIS Number<br>540540238 | 2. Date of Seizure<br>7/22/05 | 3. CI Field Office<br>Alexandria Field Office |

| | |
|---|---|
| 4. Physical address where the property being forfeited was seized<br><br>Bank of America<br>340 Florida Avenue NE<br>Washington, DC 20002 | 5. Judicial District in which the property was seized<br>Eastern District of Virginia |
| | 5a. Judicial District in which the property is stored<br>Eastern District of Virginia |
| 6. Dates on which Notices of Seizure were published<br><br>August 10, 2005<br>August 17, 2005<br>August 24, 2005 | 7. Name of newspaper in which Notices appeared<br><br>Publication: Washington Times<br>County: Alexandria, Arlington, and Fairfax<br>State: Virginia |

8. Description of the property being forfeited

$13,367.53 - Contents of Bank of America Account # 001922787468.

Having published notices of the seizure and intent to forfeit and sell or otherwise dispose of the above listed property in accordance with:

☐ Section 7325 of the Internal Revenue Code for three consecutive weeks and having received no claim within thirty days from the date of the first publication of notice of seizure to transfer jurisdiction to the U.S. District Court.

**OR**

☒ Title 19 USC 1607, applicable through Title 18 USC 981(d), and 18 U.S.C. 983(a)(2) for three consecutive weeks and having received no claim within 30 days from the date of last publication of notice or 35 days from the date a notice letter was mailed to the person from whom the asset was seized and any other party that may have an interest in the asset to transfer jurisdiction in this forfeiture action to U.S. District Court

I hereby declare that this property is forfeited to the United States.

**GOVERNMENT EXHIBIT 2**

*Duane McKinney v. United States Internal Revenue Service*, Cv. No. 06-00553 (RBW)

_[signature]_
Director, Field Operations

12/16/05
Date Signed

Form 1570 (Rev. 3-01)   Cat. No. 17520L   Department of the Treasury--Internal Revenue Service