UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DUANE MCKINNEY,  )<br> )<br>  Plaintiff,  )<br> )<br>v.  )<br> )<br>UNITED STATES INTERNAL  )<br>REVENUE SERVICE,  )<br> )<br>  Defendant.  )<br>_____) | Civil Action No. 06-00553 (RBW)<br>ECF |

## ORDER

Upon consideration of the United States' Motion to Dismiss plaintiff's Complaint herein, any Opposition thereto, and the entire record herein, it is hereby,

ORDERED this _____ day of _____ that the United States' Motion to Dismiss plaintiff's Complaint is GRANTED; and

IT IS FURTHER ORDERED, that plaintiff's Complaint is dismissed.

_____
REGGIE B. WALTON
United States District Judge

cc: Judith A. Kidwell
Assistant United States Attorney
Asset Forfeiture Unit, Criminal Division
555 4th Street, N.W. Room 4818
Washington, D.C. 20530
(202) 514-7250

Duane McKinney
266 Harry S. Truman Drive
Largo, MD 20774