UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DUANE MCKINNEY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-553 (RBW) |
| INTERNAL REVENUE SERVICE, | ) ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

On July 26, 2006, the Court entered an order pursuant to Fox v. Strickland, 837 F.2d 507, 509 (D.C. Cir. 1988), and Neal v. Kelly, 963 F.2d 453, 456 (D.C. Cir. 1992), directing the pro se plaintiff to respond to the defendant's motion to dismiss the plaintiff's complaint by August 21, 2006. Order at 2. The Court warned the plaintiff that failure to file an opposition to the defendant's motion or to otherwise respond by the due date could result in the Court treating the motion to dismiss as conceded and entering judgment in favor of the defendant. Id. The plaintiff has failed to respond. Accordingly, it is hereby

**ORDERED** that the defendant's motion to dismiss the plaintiff's complaint is GRANTED. It is further

**ORDERED** that this case is dismissed with prejudice.

**SO ORDERED** this 20th day of October, 2006.

                    REGGIE B. WALTON
                    United States District Judge